Kearns, to use, Appellant, *v.* Philadelphia Pure Rye Whiskey Distilling Company of Pennsylvania, Ltd.

First Trust Company, to use, Appellant, *v.* Philadelphia Pure Rye Whiskey Distilling Company of Pennsylvania, Ltd.

Argued January 21, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Nochem S. Winnet,* with him *B. I. DeYoung* and *Thomas Ross,* for appellant.

*Albert L. Moise, Byron A. Milner, Thomas J. Lanshe* and *Stace B. MacEntee,* for appellee, were not heard.

PER CURIAM, March 25, 1935:

A full and thorough examination of the record in this case fails to convince us of an abuse of discretion on the part of the lower court in making absolute the rule to open the judgments, and let the parties defendant into their defenses.

The order of the lower court is accordingly affirmed in both appeals, the judgments opened generally and a procedendo awarded, costs to abide final determination of the cases.